# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Penny Jo Barnett, individually, and as Personal Representative of the Estate of Edward Barnett, </br></br>      Plaintiff, </br></br>v. </br></br>United States of America, </br></br>      Defendant. | Case No: 2:20-cv-02517-DCN |

## THIRD CONSENT AMENDED SCHEDULING ORDER

1-4. The parties consent to the deadlines delineated in the Scheduling Order(s) entered previously by the Court.

5. <u>Expert Witnesses</u>: Parties shall file and serve a document identifying by full name, address, and telephone number each person whom they expect to call as an expert at trial by the following dates:

    Plaintiff:      **May 28, 2021**
    Defendant:   **June 25, 2021**
    Rebuttal:     **July 19, 2021**

6. <u>Discovery</u>: Discovery shall be completed no later than **August 5, 2021.** All discovery requests shall be served in time for the responses thereto to be served by this deadline. All depositions must be taken before this deadline.

7. <u>Motions in Limine</u>: Motions in limine must be filed **at least three weeks prior to the start of trial**.

8. <u>Dispositive Motions</u>: All dispositive motions and all <u>Daubert</u> motions shall be filed on or before **August 19, 2021**.

9. <u>Mediation</u>: Pursuant to Local Civil Rule 16.04-16.12, mediation shall be completed in this case on or before **September 30, 2021**. Thirty (30) days prior to this, counsel for each party shall file and serve an ADR Statement and Certification under Local Civil Rule 16.03.

2

10. <u>Trial</u>:  This case will go to trial during the term of court beginning **October 1, 2021**.

AND IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

May 14, 2021
Charleston, South Carolina

2