DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION – IN ADMIRALTY

| | |
|---|---|
| Penny Jo Barnett, individually and as Personal Representative of the Estate of Edward Barnett, <br><br>          Plaintiff, <br><br>vs. <br><br>United States of America, <br><br>          Defendant. | Case Number: 2:20-cv-02517-DCN <br><br><br>**Plaintiff's First Supplemental Pretrial Disclosures** |

Plaintiff hereby submits Plaintiff's First Supplemental Pretrial Disclosure pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure:

1. The name and, if not previously provided, the address and telephone number of each witness, separately identifying those whom the party expects to present and those whom the party may call if the need arises.

    **Answer**:

    **Witnesses Plaintiff expects to present:**

    a. Penny Barnett

    b. Chris Barnett

    c. Todd Barnett

    d. Bryan Johnson (USCG)

    e. Matthew Boles (USACE)

    f. Scott Glass (USACE)

    g. Dwaine Harris (USCG Aux)

    h. Justin Heck (USCG)

    i. Christopher Wright (USACE)

    j. Melody Keller

    k. Dana Andrew Quattlebaum

    l. Robert Murphy

    m. Adam Smoak

    n. Mike Bauers (N. Chas. Fire Dept.)

    o. Richard Dube (N. Chas. Fire Dept.)

    p. John Nicholson (N. Chas. Fire Dept.).

    q. Kyle D. Lewis (N. Chas. Fire Dept.)

    r. Stephanie Borzendowksi, Ph.D. (Plaintiff's retained expert witness).

    s. Sarah Tuuk (Charleston County Deputy Coroner)

    t. Rae Wooten

    u. Brian Hall (Defendant's retained expert witness).

**Supplemental Answer**

    v. Marshall White, M.D. (Plaintiff's retained expert witness)

**Witnesses Plaintiff may present:**

    a. Harold Lee Waeford (N. Chas. Fire Dept.)

**Supplemental Answer**

    b. Thomas Wallace

    c. James Scott Parker

    d. John Cameron

    e. Bobbi Jo O'Neal

    f. Jeff Day

2. The designation of those witnesses whose testimony the party expects to present by deposition.

**Answer:**

    a. David Browne (USCG)

    g. Andrew Mark Engle (USCG)

    h. Rachel Honderd (USACE)

    i. Richard Keefauver (USCG)

    j. David Merrill (USCG)

    k. William Yarbrough, M.D. (Plaintiff's retained expert witness)

    l. M. Brian McDonald, Ph.D. (Plaintiff's retained expert witness)

3. An identification of each document or other exhibit, including summaries of other evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.

    **Answer**: Plaintiff expects to offer the following exhibits at trial:

| Exhibit No. | Bates No. | Description |
|---|---|---|
| No. 1 | US00028 | Video of contraction dike |
| No. 2 | US001305 | Video of contraction dike |
| No. 3 | US001306 | Video of contraction dike |
| No. 4 | US001307 | Video of contraction dike |
| No. 5 | US001308 | Video of contraction dike |
| No. 6 | US000232-000233 | Photographs |
| No. 7 | US000234-000236 | Photographs |
| No. 8 | US0001282-001283 | Photographs |
| No. 9 | US000229-000230 | Image |
| No. 10 | US001284 | Image |
| No. 11 | US000153 | PATON Application |
| No. 12 | US000190 | Light List 29 March 2011 |
| No. 13 | US000225 | Cooper River Dike Light 49A (LLNR 2805) FID |
| No. 14 | US000224 | LLNR Aid Chart Corrections |
| No. 15 | US000794-000800 | PATON Inspection Documents |

| No. 16 | US000801-000810 | Additional Private Aid Documents |
|---|---|---|
| No. 17 | US000811-000813 | Emails |
| No. 18 | US00817 | Emails |
| No. 19 | US000819-000829 | Emails |
| No. 20 | US000832-000835 | Emails |
| No. 21 | US000837-000838 | Emails |
| No. 22 | US000840 | Emails |
| No. 23 | US000850 | Emails |
| No. 24 | US000858000860 | Emails |
| No. 25 | US000863-000864 | Emails |
| No. 26 | US000873-000875 | Emails |
| No. 27 | US000879-000887 | Emails |
| No. 28 | US000900 | Emails |
| No. 29 | US000912 | Emails |
| No. 30 | US000913-000914 | Emails |
| No. 31 | US000917 | Emails |
| No. 32 | US000921 | Emails |
| No. 33 | US00933 | Emails |
| No. 34 | US000943 | Emails |
| No. 35 | US000948 | Contraction Dike Light Memo |
| No. 36 | US000949-000950 | Packing list |
| No. 37 | US000951-000954 | Fed. ATON Operation Request Supplement |
| No. 38 | US000955 | USCG District Memo |
| No. 39 | US000956-000957 | Lantern price list |
| No. 40 | US000958-000961 | Lantern selection tool |
| No. 41 | US000962-000967 | FEMS printout |
| No. 42 | US000968 | Lantern quote |
| No. 43 | US000969 | SAS Form 8 |
| No. 44 | US000972-000977 | Cooper River Lighted Buoy 48A (LLNR 2801) FID |
| No. 45 | US001068-001069 | Portion of Aids to Navigation Manual Administration (NOTE: Entire Manual marked as No. 115). |
| No. 46 | US001077 |  Portion of Aids to Navigation Manual Administration |
| No. 47 | US001080-001085 | Portion of Aids to Navigation Manual Administration |
| No. 48 | US001112 | Portion of Aids to Navigation Manual |
| No. 49 | US001115 | Portion of Aids to Navigation Manual |
| No. 50 | US001117 | Portion of Aids to Navigation Manual |
| No. 51 | US0001126-001127 | Portion of Aids to Navigation Manual |
| No. 52 | US001132 | Portion of Aids to Navigation Manual |
| No. 53 | US001134-001135 | Portion of Aids to Navigation Manual |
| No. 54 | US001152 | Portion of Aids to Navigation Manual |
| No. 55 | US001160 | Portion of Aids to Navigation Manual |
| No. 56 | US001161 | Portion of Aids to Navigation Manual |

| No. 57 | US001164-001165 | Portion of Aids to Navigaton Manual |
| --- | --- | --- |
| No. 58 | US001171 | Portion of Aids to Navigation Manaul |
| No. 59 | US001236 | Letter |
| No. 60 | US001238 | Letter |
| No. 61 | US001247 | Emails |
| No. 62 | US001251-001252 | Emails |
| No. 63 | US001259-001261 | Emails |
| No. 64 | US001266 | Emails |
| No. 65 | US001286 | Emails |
| No. 66 | US001289 | Emails |
| No. 67 | US001291 | Emails |
| No. 68 | US001295 | Image of lights |
| No. 69 | US001296-001300 | Image comparing lights |
| No. 70 | US001585-001587 | Portion of USCG ATON Manual Technical (NOTE: Entire Manual marked as Exhibit No. 116) |
| No. 71 | US001625 | Portion of USCG ATON Manual Technical |
| No. 72 | US002823-002824 | Portion of Cooper River Dike Light 49A I-ATONIS |
| No. 73 | US002830 | Aid Verification 4/19/19 |
| No. 74 | US002856-002857 | 11/19/98 letter re Refurbish/Construction of Dikes |
| No. 75 | US00285-002859 | Emails |
| No. 76 | US2864-002865 | Portion of WAMS study (NOTE: entire WAMS study marked as Exhibit No. 117) |
| No. 77 | Barnett v. USA 00274, 000275, 001812, 001813, 001814, 001815, 002027, 002457, 002458, 002459, 002460, and 002461 | Emails re status of lights. |
| No. 78 | Barnett v. USA 002497-002638 | Survey Report |
| No. 79 | US002890 | Portion from Effectiveness of Contraction Training Dikes at Charleston Harbor 1992 (NOTE: Entire document marked as Exhibit 118) |
| No. 80 | US002875 | Portion of WAMS study |
| No. 81 | Barnett v. USA 002676 | Emails |
| No. 82 | US003699-003702 | Light Positions |
| No. 83 | Intentionally blank | |
| No. 84 | Intentionally blank | |
| No. 85 | Intentionally blank | |
| No. 86 | Intentionally blank | |
| No. 87 | Intentionally blank | |
| No. 88 | US000183-000184 | LNM 13/11 29 March 2011 |
| No. 89 | US000226-000227 | 7/7/18 emails |
| No. 90 | US000019-000020 | 7/9/18 emails |

| No. 91 | US000224 | 7/7/18 FID |
|---|---|---|
| No. 92 | Intentionally blank | |
| No. 93 | US000856 | Emails |
| No. 94 | US000940 | Emails |
| No. 95 | US002871 | Portion of WAMS study |
| No. 96 | US002873 | Portion of WAMS study |
| No. 97 | US003706 | Email |
| No. 98 | US3703 | Image |
| No. 99 | US003663 | Emails |
| No. 100 | US000808-000810 | Photos of Dike |
| No. 101 | US002841 | Photo of Dike |
| No. 102 | US003695 | Photo of Dike |
| No. 103 | US003670 | Photo of Dike (2019 allision) |
| No. 104 | US003718 | Image |
| No. 105 | US000865 | Emails |
| No. 106 | US000229 | Images |
| No. 107 | US003668 | Video of contraction dike |
| No. 108 | US003669 | Video of contraction dike |
| No. 109 | Intentionally blank | |
| No. 110 | Intentionally blank | |
| No. 111 | US001294-001300 | Images with notes |
| No. 112 | | CV of Brian McDonald, Ph.D. |
| No. 113 | | Report of Brian McDonald, Ph.D. |
| No. 114 | US000160-000221 | LNM 13/11 |
| No. 115 | US000978-001235 | Aids to Navigation Manual Administration |
| No. 116 | US001309-001903 | Aids to Navigation Manual Technical |
| No. 117 | US002860-002880 | WAMS study |
| No. 118 | US2881-003012 | Effectiveness of Contraction Dikes at Charleston Harbor 1992 |
| Ex. 119 | | LNM 27/18 03 July 2018 |
| Ex. 120 | | CV of William Yarbrough, M.D. |
| Ex. 121 | | Report of William Yarbrough, M.D. |
| Ex. 122 | | CV of Stephanie Borzendowski, Ph.D. |
| Ex. 123 | | Report (Supplemental) of Stephane Borzendowski, Ph.D. |
| Ex. 124 | | C.V. of Marshall White, M.D. |
| Ex. 125 | | Report of Marshall White, M.D. |
| Ex. 126 | Barnett v. USA 008212 | Family photograph |
| Ex. 127 | Barnett v. USA 008213 | Family photograph |
| Ex. 128 | Barnett v. USA 008214 | Family photograph |
| Ex. 129 | Barnett v. USA 008215 | Family photograph |
| Ex. 130 | Barnett v. USA 008216 | Family photograph |
| Ex. 131 | Intentionally blank | |
| Ex. 132 | Barnett v. USA 008253 | Photograph of GPS/dike |
| Ex. 133 | Barnett v. USA 008254 | Photograph of GPS/dike |

| Ex. 134 | Barnett v. USA 008255 | Photograph of GPS/dike |
|---|---|---|
| Ex. 135 | Barnett v. USA 008247 | Photograph of GPS/dike |
| Ex. 136 | Barnett v. USA 008257 | Photograph of dike |
| Ex. 137 | Barnett v. USA 008258 | Photograph of GPS |
| Ex. 138 | Barnett v. USA 008259 | Photograph of GPS |
| Ex. 139 | Barnett v. USA 008272 | Photograph of GPS/dike |
| Ex. 140 | Barnett v. USA 008269 | Photograph of GPS/dike |
| **Supp. Answer** | | |
| Ex. 141 | US003919 | Image |
| Ex. 142 | US004353 | Emails re: allisions with dike. |
| Ex. 143 | US003941-003942 | 2/14/11 email to/from Moebs/Certa |
| Ex. 144 | US003945 | 11/3/06 email from Embres to Cameron |
| Ex. 145 | | Charleston County Coroner's file |
| Ex. 146 | Barnett v. USA 008261 | Photograph of dike |
| Ex. 147 | Barnett v. USA 008262 | Photograph of dike |
| Ex. 148 | Barnett v. USA 008263 | Photograph of dike |
| Ex. 149 | Barnett v. USA 002486 | Image |
| Ex. 150 | Barnett v. USA 007904 | Photo Mounting Sheet |
| Ex. 151 | Barnett v. USA 007905 | Photo Mounting Sheet |
| Ex. 152 | Barnett v. USA 007959 | Image |

**O'Shea Law Firm, LLC**

s/Brooklyn A. O'Shea
Brooklyn A. O'Shea (Fed. ID: 12681)
s/Christopher J. McCool
Christopher J. McCool (Fed. ID: 5747)
1120 Folly Road
Charleston, SC 29412
843-805-4943 office
brooklyn@oshealaw.com
chris@oshealaw.com

*Attorneys for Plaintiff Penny J. Barnett, individually and as Personal Representative of the Estate of Edward Barnett*

Charleston, South Carolina
November 16, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing instrument was served on the Court and all counsel of Record in compliance with the Federal Rules of Civil Procedure this 16th day of November, 2021.

s/Brooklyn A. O'Shea