UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION- IN ADMIRALTY

| | |
|---|---|
| Penny Jo Barnett, individual and as Personal Representative of the Estate of Edward Barnett,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No: 2:20-cv-02517-DCN<br><br>**Plaintiff's Motion for Judicial Notice of Certain Adjudicative Facts** |

　　　　Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff hereby requests that this Court to take judicial notice of certain adjudicative facts in the above-entitled action. Rule 201 "mandates that a court must take judicial notice of an adjudicative fact when a party so requests." *Hurd v. U.S.,* 134 F.Supp.2d 745 (D.S.C. 2001). Under Rule 201, the "court may judicially notice a fact that is not subject to a reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Rule 201 of Fed. R. Evid.

　　　　Plaintiff requests that the Court take judicial notice of the following:

　　1.　　<u>U.S. Department of Homeland Security United States Coast Guard Local Notice to Mariners Weekly Edition District: 7 Week: 18/07.</u>

　　　　The Local Notice to Mariners is compiled, published, and issued by the United States Coast Guard and contains information regarding aids to navigation. A copy of the subject Local Notice to Mariners is available publicly, is subject to the Freedom of Information Act laws, and is attached as "Exhibit A."

2. <u>A nighttime allision with the dike occurred on April 25, 2022.</u>

As reported by news outlets in Charleston, South Carolina, a nighttime allision with the dike occurred on April 25, 2022. The allision response included Charleston County 911 Consolidated Dispatch, the United States Coast Guard, and South Carolina Department of Natural Resources. The public records of those agencies surrounding the allision are subject to Freedom of Information Act laws. A news report of the allision is attached as "Exhibit B."

**O'Shea Law Firm, LLC**

s/Christopher J. McCool

Christopher J. McCool (Fed. ID: 5747)
Brooklyn A. O'Shea (Fed. ID: 12681)
1120 Folly Road
Charleston, SC 29412
843-805-4943
chris@oshealaw.com
brooklyn@oshealaw.com

Attorneys for Plaintiff Penny J. Barnett, Individually and as Personal Representative of the Estate of Edward Barnett

Charleston, South Carolina
October 17, 2022