**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Penny Jo Barnett, individually, and as )
Personal Representative of the Estate of )
Edward Barnett )
 )
    Plaintiff )
 )  Case No: 2:20-cv-02517-DCN
vs. )
 )
United States of America )
 )
    Defendant. )
_____ )

## <u>ORDER</u>

  Considering the United States' Motion for an Extension of Time to Respond to the

Plaintiff's Post-Trial Motion;

  It is Ordered that the motion of the United States is GRANTED;

It is further Ordered that the United States respond to the Plaintiff's motion (ECF Doc. No.

114) on or before April 4, 2023.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

March 17, 2023
Charleston, South Carolina